UNITED STATES of America,
Plaintiff–Appellee,

v.

Samuel J. HESTER, Defendant–
Appellant.

No. 97–9232.

United States Court of Appeals,
Eleventh Circuit.

Aug. 24, 2001.

Steven Lane, King & Spaulding, Washington, DC, for Defendant–Appellant.

Dean Soble Daskal, John Larkin Lynch, Columbus, OH, for Plaintiff–Appellee.

Before BLACK, WILSON and RONEY, Circuit Judges.

BY THE COURT:

Upon the Court's own motion, the opinion previously rendered in this case on August 9, 2001, is vacated. The Court will hold the case in abeyance for further consideration until the en banc court in Nos. 00–13347 & 00–13447, *United States v. Sanchez,* issues its decision.